Commonwealth ex rel. Dilks *v.* Dilks, Appellant.

Argued March 17, 1976. *I. B. Sinclair*, with him *Harvey, Pugh and Sinclair*, for appellant; *Donald M. McCurdy*, with him *McCurdy and Smith*, for appellee.

Order affirmed.

Commonwealth ex rel. Fleming *v.* Fleming, Appellant.

Argued March 16, 1976. *Donald B. McCoy*, with him *Dean & McCoy*, for appellant; *Richard C. Osterhout*, with him *Carl F. Hepler, Jr.*, and *Wood and Floge*, for appellee.

Order affirmed.

CERCONE, J., absent.